NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SRAM LLC,**
*Appellant,*

v.

**DAVID J. KAPPOS, DIRECTOR
UNITED STATES PATENT AND TRADEMARK
OFFICE,**
*Appellee,*

AND

**SHIMANO, INC.,**
*Appellee.*

---

2012-1146, -1147
(Reexamination No. 95/001,309)

---

Appeals from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

ON MOTION

---

Before NEWMAN, LOURIE, and O'MALLEY, *Circuit Judges.*

NEWMAN, *Circuit Judge.*

## O R D E R

SRAM, LLC moves to remand this appeal for further proceedings. SRAM states that the Director of the Patent and Trademark Office consents to this motion. SRAM also moves without opposition for an extension of time to file its opening brief.

In its papers, SRAM states that the Board of Patent Appeals and Interferences erred in relying on a new ground of rejection in regard to claims 2, 6, and 7 of U.S. Patent No. 7,559,414. Because we agree with the parties' contentions that the Board should have identified its new ground of rejection and allowed SRAM an opportunity to respond, we vacate the Board's decision and remand for appropriate further findings. *See In re Leithem*, 661 F.3d 1316 (Fed. Cir. 2011).

Accordingly,

IT IS ORDERED THAT:

(1) The motion is granted. The Board's decision is vacated and the matter is remanded for appropriate further findings.

(2) The motion for an extension of time is moot.

FOR THE COURT

**JUN 2 1 2012**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Richard B. Walsh, Jr., Esq.
     James A. Deland, Esq.
     Raymond T. Chen, Esq.

s24

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 2 1 2012

JAN HORBALY
CLERK